No. 83–897.  STONEHILL ET AL. v. UNITED STATES;
No. 83–908.  STONEHILL v. UNITED STATES; and
No. 83–909.  BROOKS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 702 F. 2d 1288.

No. 83–898.  TURBERVILLE v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 83–903.  BRIGUGLIO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–1022.  EARULLO ET AL. v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 83–1073.  MAIDSVILLE COAL CO., INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari denied.

No. 83–1127.  SEARS, ROEBUCK & CO. v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 83–1135.  D'ELIA v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Riverside.  Certiorari denied.

No. 83–1136.  ROBINETT v. SCHWERMAN TRUCKING CO., INC. C. A. 5th Cir.  Certiorari denied.

No. 83–1139.  MOORE v. BUFFALO BOARD OF EDUCATION. C. A. 2d Cir.  Certiorari denied.

No. 83–1142.  COSMAR COMPANIA NAVIERA, S. A., ET AL. v. SYMEONIDES.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 83–1150.  WEHRINGER v. GARDNER.  Sup. Ct. N. H. Certiorari denied.

No. 83–1152.  BELL v. CITY OF LOUISVILLE.  Ct. App. Ky. Certiorari denied.

No. 83–1154.  MOUNT AIRY LODGE, INC. v. UPJOHN CO. C. A. 3d Cir.  Certiorari denied.